# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0040

VERSUS

EDDIE LANG

**MAY 4, 2026**

---

In Re:   Eddie Lang, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 25-WCR-637.

---

BEFORE:   **MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.** A writ of habeas corpus may not be used to contest the validity of a conviction or sentence. Such claims are considered requests for postconviction relief. **Sinclair v. Kennedy**, 96-1510 (La. App. 1st Cir. 9/19/97), 701 So.2d 457, 460, writ denied, 97-2495 (La. 4/3/98), 717 So.2d 645. Relator's claim attacking the non-unanimous jury verdict is in the nature of a request for postconviction relief, which must be filed in the parish in which the petitioner was convicted. See La. Code Crim. P. art. 925. Accordingly, the district court did not err by treating the petition for writ of habeas corpus as an application for postconviction relief. Additionally, the district court did not err by denying relator's request for relief, as the Fourth Judicial District (Morehouse Parish) is the proper jurisdiction in this matter.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT